868

No. 345, Misc. MARRO ET AL. v. NEW YORK. Appellate Division, Supreme Court of New York, Third Judicial Department. Certiorari denied.

No. 349, Misc. RAY v. MISSOURI. Supreme Court of Missouri. Certiorari denied.

No. 353, Misc. NASH v. CONNECTICUT. Supreme Court of Errors of Connecticut. Certiorari denied.

No. 357, Misc. RINE v. BOLES, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 372, Misc. HAMPTON v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 378, Misc. DUFRENE v. INDEMNITY INSURANCE CO. OF NORTH AMERICA. C. A. 5th Cir. Certiorari denied.

No. 379, Misc. JEFFERSON v. MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 380, Misc. GOODMAN v. MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 385, Misc. HICKS v. FLEMMING, SECRETARY OF HEALTH, EDUCATION AND WELFARE. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Acting Assistant Attorney General Guilfoyle* and *Morton Hollander* for respondent.